IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES CAYTON, On Behalf of Himself and All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY acting by and through THE ELECTRIC POWER BOARD, d/b/a NASHVILLE ELECTRIC SERVICE.<br><br>*Defendant*. | COLLECTIVE ACTION<br><br>CASE NO. 3:20-cv-00859<br><br>MAGISTRATE JUDGE NEWBERN |

**PLAINTIFFS' UNOPPOSED MOTION FOR COURT APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT AND DISMISSAL OF CLAIMS OF NAMED PLAINTIFF AND OPT-IN PLAINTIFFS WITH PREJUDICE AND UNOPPOSED MOTION FOR DISMISSAL OF RULE 23 CLASS ACTION CLAIM WITHOUT PREJUDICE**

Defendant Metropolitan Government of Nashville & Davidson County acting by and through the Electric Power Board, d/b/a Nashville Electric Service and Named Plaintiff James Cayton, on behalf of himself and all those who have joined this action as Opt-In Plaintiffs pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b) (collectively, "Plaintiffs") have reached a comprehensive settlement agreement (the "Agreement") in this matter. Plaintiffs now move the Court to approve the Agreement, which is attached as Exhibit 1 to the Declaration of David W. Garrison filed contemporaneously herewith. If approved by this Court, the Parties' Agreement resolves the FLSA and Tennessee state law claims brought by Named Plaintiffs and Opt-In Plaintiffs.

Specifically, Plaintiffs request that this Court approve their Agreement to resolve this matter for $2,500,000.00 based on the terms set forth in the Agreement, including approval of

payments of: (1) $1,666,666.67 to Plaintiffs and those who join this action pursuant to a settlement notice process; (2) $833,333.33 (*i.e.*, one-third of the settlement fund) for Plaintiffs' counsel's fees and incurred expenses and costs (both those incurred during the litigation and those which will be incurred as part of the settlement administration); and (3) $10,000.00 to Named Plaintiff Cayton for a service payment for his role as a representative Named Plaintiff in this collective action.

Additionally, Named Plaintiff moves this Court pursuant to Fed. R. Civ. P. 23(e) to dismiss his claim for class relief under Tennessee state law without prejudice. No class has been certified in this action, and putative class members have not received notice of a class action claim in this action. To the contrary, putative class members have only received notice of their right to pursue their claims in this action by opting in pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b).

Defendant does not oppose this Motion and the requested relief herein.

For the reasons set forth in the accompanying Memorandum, this Motion should be **GRANTED**. A proposed order granting this relief is attached to this Motion.

Dated: February 14, 2023

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Plaintiffs' Unopposed Motion for Court Approval of FLSA Collective Action Settlement and Dismissal of Claims of Named Plaintiff and Opt-in Plaintiffs with Prejudice and Unopposed Motion for Dismissal of Rule 23 Class Claim Without Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system and served on the following counsel for Defendants as listed below on **February 14, 2023**:

**WILLIAM A. BLUE, JR. (No. 10378)**
CONSTANGY, BROOKS, SMITH, & PROPHETE, LLP (Nashville Office)
750 Old Hickory Boulevard
Suite 260-2
Brentwood, TN
(615) 340-3800
wblue@constangy.com

**JASON D. FRIEDMAN**
CONSTANGY, BROOKS, SMITH, & PROPHETE, LLP
12500 Fair Lakes Circle
Suite 300
Fairfax, VA 22033
(571) 522-6100
(571) 522-6101 (fax)
jfriedman@constangy.com

**TABITHA ROBINSON (No. 036068)**
Nashville Electric Service
1214 Church Street
Nashville, Tennessee 37246
Telephone: (615) 747-3701
trobinson@nespower.com

*Attorneys for Defendant*

          /s/ David W. Garrison
          DAVID W. GARRISON
          **BARRETT JOHNSTON**
             **MARTIN & GARRISON, LLC**